IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ERNEST TERRELL FRIAR, JR.                                                          PLAINTIFF

v.                                       Civil No. 6:20-cv-06092

OMEGA CENTER                                                                       DEFENDANTS

## ORDER

Now before the Court is the Report and Recommendation filed November 13, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 6.)  Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed without prejudice for failure to keep the Court apprised of his current address as required by Local Rule 5.5(c)(2) and for failing to comply with the Court's Orders and to prosecute this matter.

No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.

Accordingly, it is hereby ORDERED that Plaintiff's Complaint (ECF No. 1) is DISMISSED without prejudice.

**IT IS SO ORDERED** this 26th day of January 2021.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE